# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BANK OF AMERICA, N.A., )
)
        Plaintiff(s), ) Case No. 2:15-cv-00684-RFB-NJK
)
vs. ) ORDER
)
HAWTHORN WOODS AVENUE TRUST, et al., )
)
        Defendant(s). )
)

      This matter is before the Court on the failure of Plaintiff to file a Certificate of Interested Parties. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed.  Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires.  To date, Plaintiff has failed to comply.

. . .

. . .

. . .

. . .

1    Accordingly, **IT IS ORDERED** that Plaintiff shall file a Certificate of Interested Parties, which
2 fully complies with LR 7.1-1, **no later than 4:00 p.m., May 7, 2015**.  Failure to comply may result in
3 the issuance of an order to show cause why sanctions should not be imposed.
4    IT IS SO ORDERED.
5    DATED: April 30, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

2