**LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 12394
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
sanderson@leachjohnson.com
rhastings@leachjohnson.com
*Attorneys for Silver Turtle Homeowners Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.<br><br>Plaintiff,<br><br>vs.<br><br>HAWTHORN WOODS AVENUE TRUST; SILVER TURTLE HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.:   2:15-cv-00684-RFB-NJK<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT SILVER TURTLE HOMEOWNERS ASSOCIATION TO REPLY IN SUPPORT OF ITS MOTION TO DISMISS (#13)**<br><br>**FIRST REQUEST** |

Plaintiff Bank of America, N.A. ("BANA") and Defendant Silver Turtle Homeowners Association ("Association"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Association filed a Motion to Dismiss BANA's Complaint on July 17, 2015 (#13).

2. BANA filed its Opposition to Motion to Dismiss on August 3, 2015 (#17)

3. Pursuant to Local Rule, a Reply in Support of Association's Motion to Dismiss is due on or before August 13, 2015.

Plaintiff and the Association by and through their counsel hereby agree and stipulate to allow the Association a one (1) week extension of time to file its Reply in support of its Motion to Dismiss.

Association shall have up to and including August 20, 2015, to file its Reply.

DATED this 13th day of August, 2015.

LEACH JOHNSON SONG & GRUCHOW

By:   */s/ Ryan D. Hastings*
     SEAN L. ANDERSON
     Nevada Bar No. 7259
     RYAN D. HASTINGS
     Nevada Bar No. 12394
     8945 West Russell Road, Suite 330
     Las Vegas, Nevada 89148
     Phone: (702) 538-9074
     *Attorneys for Defendant Silver Turtle*
     *Homeowners Association*

DATED this 13th day of August, 2015.

AKERMAN LLP

By:   */s/ Eric S. Powers*
     Darren T. Brenner
     Nevada No. 8386
     Eric S. Powers
     Nevada Bar No. 12850
     1160 Town Center Drive, Suite 330
     Las Vegas, Nevada  89144
     Phone: (702) 634-5000
     *Attorneys for Plaintiff Bank of America*

**ORDER**

IT IS SO ORDERED.

Dated this  27th  day of August, 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE