DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JARED SECHRIST, ESQ.
Nevada Bar No. 10439
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: jared.sechrist@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> HAWTHORN WOODS AVENUE TRUST; SILVER TURTLE HOMEOWNERS ASSOCIATION, <br><br> Defendants. | Case No.: 2:15-cv-00684-RFB-NJK <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT** <br><br> [FIRST REQUEST] |

Bank of America, N.A. (**BANA**), Hawthorn Woods Avenue Trust (**Trust**) and Silver Turtle Homeowners Association (**HOA**), stipulate as follows:

1. BANA filed its motion for summary judgment on November 2, 2018. [ECF No. 59]. Trust filed its response to BANA's motion on November 26, 2018 [ECF No. 61] and HOA filed its response to BANA's motion on November 26, 2018. [ECF No. 64] BANA's reply is currently due on December 10, 2018.

2. Trust filed its motion for summary judgment on November 2, 2018. [ECF No. 58]. BANA filed its opposition to Trust's motion on November 26, 2018. [ECF No. 62]. Trust's reply is currently due on December 10, 2018.

1

47203058;2

3. HOA filed its motion for summary judgment on November 2, 2018. [ECF No. 60]. BANA filed its opposition to HOA's motion on November 26, 2018. [ECF No. 63]. HOA's reply is currently due on December 10, 2018.

4. The parties hereby stipulate and agree that each moving party shall have seven (7) additional days to file its reply. The new deadline for the moving parties to file their replies in support of the pending motions for summary judgment shall be **December 17, 2018**.

5. This is the first request for an extension and is not made for purposes of undue delay. The extension will allow counsel a meaningful opportunity to address the arguments raised in oppositions.

DATED December 10, 2018

| **AKERMAN LLP** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ. LTD** |
|---|---|
| */s/ Jared Sechrist*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>JARED SECHRIST, ESQ.<br>Nevada Bar No. 10439<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Bank of America, N.A.* | */s/ Michael F. Bohn*<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>ADAM R. TRIPPIEDI, ESQ.<br>Nevada Bar No. 12294<br>2260 Corporate Circle, Suite 480<br>Henderson, Nevada 89074<br><br>*Attorneys for Hawthorn Woods Avenue Trust* |
| **LEACH KERN GRUCHOW ANDERSON SONG**<br><br>*/s/ Ryan D. Hastings*<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7529<br>RYAN D. HASTINGS, ESQ.<br>Nevada Bar No. 12394<br>2525 Box Canyon Drive<br>Las Vegas, NV 89128<br><br>*Attorneys for Silver Turtle Homeowners Association* | |

AKERMAN LLP
1635 VILLAGE CENTER CIR., SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

# ORDER

**IT IS SO ORDERED.**

Dated this  11th  day of December, 2018.

RICHARD F. BOULWARE, II
United States District Judge

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December, 2018 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT,** addressed to:

| | |
|---|---|
| Michael F. Bohn, Esq.<br>LAW OFFICE OF MICHAEL F. BOHN<br>2260 Corporate Circle, Suite 480<br>Henderson, Nevada 89074<br><br>*Attorney for Hawthorn Woods Avenue Trust* | Sean L. Anderson, Esq.<br>Ryan D. Hastings, Esq.<br>LEACH KERN GRUCHOW ANDERSON SONG<br>2525 Box Canyon Drive<br>Las Vegas, Nevada 89128<br><br>*Attorneys for Silver Turtle Homeowners Association* |

*/s/ Tracey Wayne*
An employee of AKERMAN LLP

3

47203058;2